IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NOEL K. BANGO,
    Petitioner,

v.                         Case No.: 3:06cv18/LAC/EMT

JAMES R. McDONOUGH,
    Respondent.

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 27, 2006.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss (Doc. 25) is **GRANTED**.

3. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED**.

**DONE AND ORDERED** this 1st day of November, 2006.

                                       s/*L.A. Collier*
                                       **LACEY A. COLLIER**
                                       **SENIOR UNITED STATES DISTRICT JUDGE**